■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELGADILLO, Also Known as JOSE DELGADELLO, Defendant-Appellant.—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered on June 9, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rubin, JJ.

■ In the Matter of GSGSB v BORSARI COMPANY.—Reargument of this court's order (153 AD2d 801) entered on September 7, 1989 granted to extent of modifying that order to require respondent to deliver to petitioner certain documents, all as indicated. Concur—Carro, J. P., Asch, Ellerin, Wallach and Rubin, JJ.